UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Geraldine Williams<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-20440<br><br>Chapter: 13<br>Honorable Pamela S. Hollis |

**Order Denying Confirmation**

IT IS HEREBY ORDERED confirmation is DENIED.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: October 11, 2019